# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-2358

_____

United States of America

*Plaintiff - Appellee*

v.

Michael Keavney, agent of Dyna-Mike

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: February 27, 2020
Filed: March 3, 2020
[Unpublished]

_____

Before GRUENDER, WOLLMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Michael Keavney appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense pursuant to a plea agreement that contained an appeal

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

waiver. His counsel seeks leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), questioning whether the district court imposed a substantively reasonable sentence.

We conclude that the appeal waiver is valid, enforceable, and applicable to the issues raised in this appeal. *See United States v. Scott*, 627 F.3d 702, 704 (8th Cir. 2010) (stating that this court reviews de novo the validity and applicability of an appeal waiver); *United States v. Andis*, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (stating that an appeal waiver will be enforced if the appeal falls within the scope of the waiver, the defendant knowingly and voluntarily entered into the plea agreement and the waiver, and enforcing the waiver would not result in a miscarriage of justice).

Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we dismiss this appeal, and grant counsel leave to withdraw.

_____